

05X70840

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 AHMAD MUSA JEBRIL,
D-2 MUSA ABDULLAH JEBRIL,

    Defendants.
_____/

Criminal No. 03-80810

Honorable Gerald E. Rosen

## APPEARANCE

PLEASE BE ADVISED that TROTT & TROTT, P.C., by Matthew B. Theunick, hereby enters its appearance on behalf of the Petitioner Huntington Mortgage Group, in the above-captioned circuit court matter.

This shall serve as the appearance of every member of the law firm of TROTT & TROTT, P.C.

    Respectfully submitted,

Dated: February 28, 2005

By: _____
Matthew B. Theunick (P65014)
TROTT & TROTT, P.C.
Attorney for Petitioner,
Huntington Mortgage Group

**TROTT & TROTT, P.C.**
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

L:\mtheunick\HUSSEIN, Abdullatie Al\Pleadings\Appearance.doc