**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>03-80810   05-70840 |
|---|---|
| DEFENDANT<br>AHMAD MUSA JEBRIL and MUSA ABDULLAH JEBRIL | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

**SERVE**
► **AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | |
|---|---|
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) | |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

JULIE A. BECK
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

Post the real property located at 4702 PALMER, DEARBORN, MICHIGAN, pursuant to the attached Preliminary Order of Forfeiture.

CATS ID No. 03-FBI-004277

FILED
MAR 15 2005
CLERK'S OFFICE
DETROIT

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Rita K. Harmon* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(313) 226-9128 | DATE<br>February 2, 2005 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. 1 | District of Origin<br>No. 39 | District to Serve<br>No. 39 | Signature of Authorized USMS Deputy or Clerk<br>*Diane Burrell* | Date<br>2/3/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (*complete only if different than shown above*) | Date of Service<br>3-9-05 | Time<br>3 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY<br>BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

