UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 AHMAD MUSA JEBRIL,
D-2 MUSA ABDALLAH JEBRIL,

Defendants.

_____/

**05X70840**

Criminal No. 03-80810

Honorable Gerald E. Rosen

## SUBHIEH JEBRIL'S PETITION TO ADJUDICATE THE VALIDITY OF HER INTEREST IN 12000 SANFORD, DETROIT, MICHIGAN

NOW COMES Petitioner, Subhieh Jebril, by and through her attorney, Jorin G. Rubin the following:

1. I am the wife of Musa Abdallah Jebril. We were married in 1964 and are still married to this day.

2. On or about March 29, 1991, my husband purchased the property located at 12000 Sanford, Detroit, Michigan (hereinafter the "subject property") on a land contract.

3. My interest in the subject property is based on the fact that I have a dower interest in the subject property, pursuant to MCL 558.1.

4. I do not know of any acts conducted by the Defendants that would give rise to the forfeiture of the subject property.

5. Based on my legal interest in the subject property, the property cannot be forfeited to the government.

6. Pursuant to 21 U.S.C. ¶853(n)(6)(A), I have a right, title and/or interest recognized by law that is superior to that of the Defendants at the time the alleged commission of the acts occurred which gave rise to this forfeiture.

WHEREFORE, Petitioner, Subheih Jebril, seeks to have her ownership interest in the subject property adjudicated by the Courts and have the forfeiture action against this property dismissed in its entirety.

I declare, under penalty of perjury, that the facts contained in this Petition are true to the best of my ability and information.

_____
Subheih Jebril

Subscribed and sworn to before me on
this 3 day of March, 2005.

_____
Notary Public, Wayne County
My commission expires 9-9-11

Respectfully submitted,

_____
John G. Rubin (P60867)
Law Office of Jorin G. Rubin, PC
Attorney for Plaintiff
26711 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 799-9100

Dated: March 3, 2005