2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 AHMAD MUSA JEBRIL,
D-2 MUSA ABDALLAH JEBRIL,

    Defendants.
_____/

Criminal No. 03-80810    05 X 70840

Honorable Gerald E. Rosen

**ZEINA JEBRIL'S PETITION TO ADJUDICATE THE VALIDITY OF HER INTEREST IN 4957 ROSALIE, DEARBORN, MICHIGAN**

NOW COMES Petitioner, Zeina Jebril states the following:

1. I have been living in 4957 Rosalie, Dearborn, Michigan for the last 19 years and have paid all of the taxes, insurance, repairs, etc. related to this property.

2. On January 29, 1993, I received a quit claim deed for this property.

3. My interest in the subject property is based on the fact that I have lived there for 19 years and paid for all related expenses to the house and that the title is in my name. Additionally, I have contributed to payments on the loans secured by the property.

4. Based on my ownership interest in the subject property, the property cannot be forfeited to the government.

5. Pursuant to 21 U.S.C. 7853(n)(6)(A) and (B), I have a legal right, title and/or interest recognized by law that is superior to that of the Defendants at the time the alleged commission of the acts occurred which gave rise to this forfeiture and/or I am a bona fide

purchaser of the subject property without reason to believe that the property was subject to forfeiture.

WHEREFORE, Petitioner, Zeina Jebril, seeks to have her ownership interest in the subject property adjudicated by the Courts and have the forfeiture action against this property dismissed in its entirety.

I declare, under penalty of perjury, that the facts contained in this Petition are true to the best of my ability and information.

Zeina Jebril

Subscribed and sworn to before me on this ___ day of April, 2005.

Notary Public, Wayne County
My commission expires 9-1-11

DONNA L. BARBA
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Apr 9, 2011
ACTING IN COUNTY OF Oakland

Dated: April 15, 2005