UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 AHMAD MUSA JEBRIL,
D-2 MUSA ABDALLAH JEBRIL,

    Defendants.

_____/

05-70840

Criminal No. 03-80810

Honorable Gerald E. Rosen

FILED
'05 APR 19 A9:55
U.S. DIST. COURT
EAST. DIST. MICH.
DETROIT-PSG

### MALAKY JEBRIL'S PETITION TO ADJUDICATE THE VALIDITY OF HER INTEREST IN 4909 ROSALIE, DEARBORN, MICHIGAN

NOW COMES Petitioner, Malaky Jebril, states the following:

1. On January 29, 1993, I received a quit claim deed to 4909 Rosalie, Dearborn, Michigan (hereinafter the "subject property").

2. My interest in the subject property is as a title holder based on the fact that the title is in my name. Also, I lived in the subject property for one year in 1992. I paid all utilities in 1992 on this property. I have paid taxes on the property and I have contributed to payments for the loan secured by this property.

3. Based on my ownership interest in the subject property, the property cannot be forfeited to the government.

4. Pursuant to 21 U.S.C. §853(n)(6)(A) and (B), I have a legal right, title and/or interest recognized by law that is superior to that of the Defendants at the time the alleged commission of the acts occurred which gave rise to this forfeiture and/or I am a bona fide

purchaser of the subject property without reason to believe that the property was subject to forfeiture.

WHEREFORE, Petitioner, Malaky Jebril, seeks to have her ownership interest in the subject property adjudicated by the Courts and have the forfeiture action against this property dismissed in its entirety.

I declare, under penalty of perjury, that the facts contained in this Petition are true to the best of my ability and information.

*Malaky Jebril*

Subscribed and sworn to before me on this ___ day of April, 2005.

Notary Public, _____ County
My Commission expires: 4-7-11

Dated: April 15, 2005