UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

05-70840

Criminal No. 03-80810

v.

Honorable Gerald E. Rosen

D-1 AHMAD MUSA JEBRIL,
D-2 MUSA ABDALLAH JEBRIL,

    Defendants.



## PROOF OF SERVICE

    Doshia M. Banks, an employee of Law Office of Jorin G. Rubin, P.C., being duly sworn, deposes and says that on April 19, 2005, she mailed Subheieh Jebril's Brief in Support of Motion for Summary Judgment and Petitioner's, Subheieh Jebril's Motion for Summary Judgment to:

AUSA Julie A. Beck
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226

    I declare that the statement above is true to the best of my information, knowledge, and belief.

Doshia M. Banks