**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**INDEX OF EXHIBITS**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Exhibit 1 | Title Histories of Subject Properties |
| Exhibit 2 | Quitclaim deed for 4637 Palmer |
| Exhibit 3 | Quitclaim deed for 5745 Greenview |
| Exhibit 4 | Quitclaim deed for 4957 Rosalie |
| Exhibit 5 | 1992 Quitclaim deed for 4909 Rosalie |
| Exhibit 6 | 1993 Quitclaim deed for 4909 Rosalie |
| Exhibit 7 | Assignment of Land Contract for 12000 Sanford |