# 4957 Rosalie, Dearborn, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 4957 Rosalie, Dearborn, Michigan | 11/9/1979 | 12/11/1979 | Warranty Deed | Mohamed A. Sion and Hadieh J. Sion, his wife, of 5284 Argyle, Dearborn, Michigan | Musa A. Jebril and Subhieh Jebril, his wife | $15,000.00 | |
| 4957 Rosalie, Dearborn, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subhieh Jebril, his wife | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan | $1.00 | Tax exempt transfer |
| 4957 Rosalie, Dearborn, Michigan | 6/26/1991 | 7/2/1991 | Mortgage | Transamerica Financial Services of 1 Parklane Blvd, Suite 1115, Dearborn, Michigan | Musa A. Jebril (AKA Musa Jebril) and Soubheih Jebril, his wife, of 4637 Palmer Street, Dearborn, Michigan. | $71,900.88 | Transamerica Financial Services granted a $71,900.88 loan to Musa Jebril and Soubeih Jebril, his wife. |
| 4957 Rosalie, Dearborn, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notification that on 03/01/2002, the real property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  Taxpayer was Sobhie Salem. |
| 4957 Rosalie, Dearborn, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notification that on 03/01/2003, the real property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  Taxpayer was Sobhie Salem. |
| 4957 Rosalie, Dearborn, Michigan | 4/16/2004 | 4/16/2003 | Certificate of Redemption | | | | Notice that on 02/13/2003, the sum of $1,621.65 was received by the Wayne County Treasurer's Office as payment toward delinquent property taxes that were owed by S S Salem. |

## 4702 Palmer Ave, Dearborn, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 4702 Palmer Ave, Dearborn, Michigan | 10/31/1997 | 3/17/1998 | Warranty Deed | Harold Harmon and Lucille Harmon, his wife | Abdullatie Alhussein of 4637 Palmer, Dearborn, Michigan | $75,000.00 | |
| 4702 Palmer Ave, Dearborn, Michigan | 10/31/1997 | 2/27/1998 | Mortgage | Long Beach Mortgage Company of P.O. Box 11490, Santa Ana, CA | Abdullatie Alhussein, a single male of 6129 Faust Street, Detroit, Michigan | $67,500.00 | The Long Beach Mortgage Company granted a $67,500.00 loan to Abdullatie Alhussein. |
| 4702 Palmer Ave, Dearborn, Michigan | 5/25/1997 | 8/20/1999 | Quit Claim Deed | Abdullatie Alhussein, a single male of P.O. Box 739, Dearborn Heights, Michigan | Sobhie Said Salem of 4957 Rosalie, Dearborn, Michigan. | $1.00 | Tax Exempt transfer |
| 4702 Palmer Ave, Dearborn, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notification that on 03/01/2002, the real property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. Taxpayer was Sobhie Salem. |
| 4702 Palmer Ave, Dearborn, Michigan | 4/16/2002 | 4/16/2003 | Certificate of Redemption | | | | On 02/06/2003, the sum of $5,174.69 was received by the Wayne County Treasurer's Office as payment toward delinquent property taxes that were owed by S S Salem. It should be noted that said payment was made by Fidelity National Tax Service. |
| 4702 Palmer Ave, Dearborn, Michigan | 9/29/2003 | 10/7/2003 | Lis Pendens | | | | Notification that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 4909 Rosalie Avenue, Dearborn, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 4909 Rosalie Avenue, Dearborn, Michigan | 10/18/1967 | 11/7/1967 | Warranty Deed | Soubhy R. Haymour and Mable Haymour, his wife | Musa A. Jebril and Soubhieh Jebril, his wife. | $1.00 and other valuable consideration | |
| 4909 Rosalie Avenue, Dearborn, Michigan | 1/24/1978 | 1/28/1985 | Lien | | | | The City of Dearborn, Michigan placed a claim of interest against the property due to the fact that Musa Jebril and Subhieh Jebril failed to abide by the terms of a rehabilitation grant that was awarded to them by the City of Dearborn. |
| 4909 Rosalie Avenue, Dearborn, | 6/20/1983 | 6/6/1983 | Discharge of Lien | | | | Notification that the above mentioned lien was being removed from the property. |
| 4909 Rosalie Avenue, Dearborn, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Soubhieh Jebril, his wife, of 4957 Rosalie Ave, Dearborn, Michigan | | $1.00 | Tax exempt transfer |
| 4909 Rosalie Avenue, Dearborn, Michigan | 1/29/1993 | 9/10/1998 | Quit Claim Deed | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan | Malacky Jebril, of 4909 Rosalie Avenue, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 4909 Rosalie Avenue, Dearborn, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notice that on 03/01/2002, the property was forfeited to the Wayne County Treasurer's Office for non payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was Sobhie Salem. |

## 4909 Rosalie Avenue, Dearborn, Michigan

| 4909 Rosalie Avenue, Dearborn, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | Notice that on 03/01/2003, the property was forfeited to the Wayne County Treasurer's Office for non payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was Sobhie Salem. |

## 5102 E.  McNichols, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 5102 E. McNichols, Detroit, Michigan | 9/27/1996 | 11/13/1996 | Warranty Deed | Darinka Matovski, Survivor of herself and her deceased husband Uros Matovski | Abdullatie Alhisse also of 5102 E. McNichols, Detroit, Michigan | $51,300.00 | |
| 5102 E. McNichols, Detroit, Michigan | 5/25/1997 | 5/15/1998 | Quit Claim Deed | Abdullatie Alhuseein of 4637 Palmer, Dearborn, Michigan | Malaky Jebril, a single person of 4909 Rosalie, Dearborn, Michigan | $1.00 | Tax exempt transfer |
| 5102 E. McNichols, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notice that on 03/01/02, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  The taxpayer was S S Salem. |
| 5102 E. McNichols, Detroit, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notice that on 03/01/03, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  The taxpayer was S S Salem. |

## 12000 Sanford, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 12000 Sanford, Detroit, MI | 3/29/1991 | 4/3/1991 | Purchaser's Assignment of Land Contract | Barrington Powell | Musa A. Jebril | $31,152.08 | |
| 12000 Sanford, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Purchaser's Assignment of Land Contract | Musa A. Jebril | Sobhie Said Salem, of 4637 Palmer Avenue, Dearborn, Michigan | | Musa Jebril in exchange for valuable consideration, transferred his interest in a certain land contract that was executed by and between Daniel and Lawrence Buffa, and Barrington Powell, To Sobhie Said Salem. |
| 12000 Sanford, Detroit, Michigan | 3/27/1996 | 4/10/1996 | Notice of Federal Tax Lien | | | $121,357.70 | Federal Tax Lien placed against property in lieu of back taxes in the amount totaling $121,357.70 that were owed to the IRS by Barrington Powell. |
| 12000 Sanford, Detroit, Michigan | 8/15/1995 | 8/31/1995 | Notice of State Tax Lien | | | $1,512.58 | State Tax Lien placed against property in lieu of back taxes in the amount totaling $1,512.58 that were owed to the State of Michigan by Barrington Powell. |
| 12000 Sanford, Detroit, Michigan | 5/2/1999 | 4/20/2000 | State Treasurer Deed | | | | Notice that 05/02/1999, Mary A. Murray, State Treasurer, quit claimed all interest in the property to the State of Michigan |
| 12000 Sanford, Detroit, Michigan | 4/15/03 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notice that on 3/1/03, the property was Forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was S S Salem. |
| 12000 Sanford, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 4357 St. James, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 4357 St. James, Detroit, Michigan | 9/25/1990 | 9/28/1990 | Warranty Deed | Freeman W. Thornsbury and Nancy C. Thornsbury his wife, of 4943 Cabot, Detroit, Michigan | Musa A. Jebril and Subhieh Jebril, his wife, of 4637 Palmer Ave, Dearborn, Michigan | $8,000.00 | |
| 4357 St. James, Detroit, Michigan | 10/6/1992 | 11/11/1992 | Quit Claim Deed | Musa A. Jebril and Subtrich Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer Ave, Dearborn, Michigan | $1.00 | Tax exempt transfer |
| 4357 St. James, Detroit, Michigan | 5/4/1999 | 3/31/2000 | State Treasurer Deed | Mark A. Murray - State Treasurer for the State of Michigan | State of Michigan | | A notification that Murray quit claimed all interest in the property to the State of Michigan. |
| 4357 St. James, Detroit, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notice that on 03/01/2003, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was S S Salem. |
| 4357 St. James, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice Of Lis Pendens | | | | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 5815, Warwick, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 5815 Warwick, Detroit, Michigan | 11/9/1989 | 11/20/1989 | Warranty Deed | Helen Kaumeyer, Jack C. Kaumeyer, ET AL | Musa A. Jebri and Subhieh Jebri, his wife. | $18,000.00 | |
| 5815 Warwick, Detroit, Michigan | 6/26/1991 | 7/1/1991 | Mortgage | Transamerica Financial Services of 1 Parklane Blvd, Ste 115, Dearborn, Michigan | Musa A. Jebri and Soubheih Jebril, his wife, of 4637 Palmer Street, Dearborn, | $71,900.88 | Transamerica Financial Services granted a $71,900.88 loan to Musa A. Jebril and Soubheih Jebril. |
| 5815 Warwick, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subhieh Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan | Sobhie Said Salem a single woman of 4637 Palmer Avenue, Dearborn, Michigan | $1.00 | Tax exempt transfer |
| 5815 Warwick, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notice that on 3/1/02, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  The taxpayer was S S Salem. |
| 5815 Warwick, Detroit, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notice that on 3/1/03, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k.  The taxpayer was S S Salem. |
| 5815 Warwick, Detroit, Michigan | 4/16/2003 | 4/16/2003 | Certificate of Redemption | | | | Notice that on 02/13/2003, the sum of $522.50 was received at the Wayne County Treasurer's Office as payment toward property taxes that were owed by S S Salem. |

## 5815, Warwick, Detroit, Michigan

| 5815 Warwick, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 15714 Virgil, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 15714 Virgil, Detroit, Michigan | 11/7/1990 | 11/14/1990 | Warranty Deed | Thomas A. McCarthy and Cheryl L. McCarthy, his Wife. | Musa A. Jebril and Subhieh Jebril, his wife, of 4637 Palmer, Dearborn, Michigan. | $7,000.00 | |
| 15714 Virgil, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subhieh Jebril, his wife | Sobhie Said Salem, a single woman of 4637 Palmer, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 15714 Virgil, Detroit, Michigan | 5/4/1999 | 4/20/2000 | State Treasurer Deed | Mark A. Murray - State Treasurer for the State of Michigan | State of Michigan | | Notice that all interest in the property is transferred to State of Michigan. |
| 15714 Virgil, Detroit, Michigan | 8/30/1999 | 12/23/1999 | Lis Pendens (Proposed Demolition) | | | | City of Detroit files an interest on the property regarding proposed demolition of the structure on it due to its unsafe condition. |

## 15715 Virgil, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 15715 Virgil, Detroit Michigan | 6/5/1997 | 8/15/1997 | Warranty Deed | Larry E. Gooden, a single male of 2513 McCallister, Southfield, Michigan. | Musa A. Jebriel of 4637 Palmer, Dearborn, Michigan | $4,500.00 | |
| 15715 Virgil, Detroit Michigan | 8/25/1997 | 9/17/1999 | Quit Claim Deed | Musa A. Jebriel, a married man of 4637 Palmer, Dearborn, Michigan. | Sobhie Said Salem of 4957 Rosalie, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 15715 Virgil, Detroit Michigan | 8/21/2001 | 12/18/2002 | Lis Pendens (Proposed Demolition) | | | | City of Detroit files an interest on the property regarding proposed demolition of the structure on it due to its unsafe condition. |
| 15715 Virgil, Detroit Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | | | | Notice that on March 1, 2002, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after an entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was S S Salem. |

## 6250 Faust, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 6250 Faust, Detroit, Michigan | 2/21/1997 | 6/5/1997 | Warranty Deed | Carol L. Poole, survivor of herself and her deceased husband, Edward A. Poole. | Abdullatie Alhussein of 4637 Palmer, Dearborn, Michigan. | $33,000.00 | |
| 6250 Faust, Detroit, Michigan | 2/21/1997 | 6/5/1997 | Mortgage | Prestige Financial Services Corporation of 1901 South Congress Ave, Suite 460, Boyton Beach, Florida | Abdullatie Alhussein of 4637 Palmer, Dearborn, Michigan. | $27,900.00 | Prestige Financial Services Corporation grants a $27,900.00 loan to Abdullatie Alhussein. |
| 6250 Faust, Detroit, Michigan | 2/21/1997 | 4/28/1998 | Assignment of Mortgage | Prestige Financial Services Corporation of 1901 South Congress Ave, Suite 460, Boyton Beach, Florida | TMS Mortgage Inc. | In exchange for value received | Interest in the mortgage executed between Prestige Financial Services Corporation and Abdullatie Alhussein is transferred to TMS Mortgage, Inc. |
| 6250 Faust, Detroit, Michigan | 5/25/1997 | 8/20/1999 | Quit Claim Deed | Abdullatie Alhussein, a single male of P.O. Box 739 Dearborn Heights, Michigan. | | $1.00 and good consideration | Tax exempt transfer |
| 6250 Faust, Detroit, Michigan | 1/8/2002 | 4/25/2003 | Quit Claim Deed | Sobhie Said Salem of 4957 Rosalie, Dearborn, Michigan | Trina Venson of 13961 Roselawn, Detroit, Michigan | $1.00 and good consideration. | Tax exempt transfer |
| 6250 Faust, Detroit, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notice that on March 1, 2003, the property was forfeited to the Wayne County Treasurer for non payment of taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was Sobhie Salem. |
| 6250 Faust, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 5745 Greenview, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 5745 Greenview, Detroit, Michigan | 3/22/1990 | 3/28/1990 | Assignment of Purchasers Interest in Land Contract | Floyd L. Wendel and Patricia Ann Wendel, his wife. | Musa A. Jebril and Subhieh Jebril (his wife) | Value Received | |
| 5745 Greenview, Detroit, Michigan | 3/22/1990 | 3/28/1990 | Quit Claim Deed | Floyd L. Wendel and Patricia Ann Wendel, his wife, of 46336 N. Valley Drive, Northville, Michigan. | Musa A. Jebril and Subhieh Jebril, his wife, of 4637 Palmer, Dearborn, Michigan. | $25,800.00 | |
| 5745 Greenview, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subhieh Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 5745 Greenview, Detroit, Michigan | 4/18/2000 | 6/28/2000 | Quit Claim Deed | Jerry Ellen Stehlik, a married woman of 442 Biltmore, Dearborn Heights, Michigan. | | | Quit Claim Deed was generated to make Sobhie Said Salem responsible for unpaid 1995 taxes. |
| 5745 Greenview, Detroit, Michigan | 1/21/2003 | 3/28/2003 | Quit Claim Deed | Sobhie Said Salem, a single woman of 4957 Rosalie, Dearborn, Michigan. | Trina Venson, a single woman of 13961 Roselawn, Detroit, Michigan. | $1.00 and other good consideration. | |
| 5745 Greenview, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | Wayne County Treasurer's office. | | | Notice that on March 1, 2002, this property was forfeited to the Wayne County Treasurer's Office for non-payment of taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was S S Salem. |
| 5745 Greenview, Detroit, Michigan | 4/16/2003 | 4/16/2003 | Certificate of Redemption | | | | Notice that on February 12, 2003, the sum of $742.75 was received at the Wayne County Treasurer's Office as payment for taxes owed by SS Salem. |

## 5745 Greenview, Detroit, Michigan

| | | | | |
|---|---|---|---|---|
| 5745 Greenview, Detroit, Michigan | 4/15/2003 | | Certificate of Forfeiture of Real Property | Notice that on March 1, 2003, the property was forfeited to Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was S S Salem. |
| 5745 Greenview, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 1057 Victoria, Lincoln Park, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 1057 Victoria, Lincoln Park, Michigan | 11/25/1997 | 2/6/1998 | Land Contract | Theodore WM. Russell and Georgia B Russell, husband and wife | Abdullatie Alhussein of 4637 Palmer, Dearborn, Michigan. | $255,000.00 | |
| 1057 Victoria, Lincoln Park, Michigan | 5/25/1997 | 9/17/1999 | Quit Claim Deed | Abdullatie Alhussein, a single male of P.O. Box 739, Dearborn Heights, Michigan. | Sobhie Said Salem of 4957 Rosalie, Dearborn, MI | $1.00 | Tax exempt transfer |
| 1057 Victoria, Lincoln Park, Michigan | 3/12/1998 | 3/30/1998 | Notice of State Tax Lien | State of Michigan | | $17,040 unpaid taxes | Lien placed on property for unpaid income taxes totaling $17,040.00 that were owed by Abdullatie Alhussein. |
| 1057 Victoria, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | Wayne County Treasurer's Office | | | Notice that on March 1, 2002, the property was forfeited to the Wayne County Treasurer's office for non-payment of property taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was Sobhie Salem. |
| 1057 Victoria, Lincoln Park, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | Wayne County Treasurer's Office | | | Notice that on March 1, 2003, the property was forfeited to Wayne County Treasurer's office for non-payment of property taxes, and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayer was Sobhie Salem. |
| 1057 Victoria, Lincoln Park, Michigan | 5/16/2003 | 4/16/2003 | Certificate of Redemption | | | | Notice that on October 30, 2002, the sum of $7,555.54 was received at the Wayne County Treasurer's Office as payment for taxes owed by Sob Salem. |
| 1057 Victoria, Lincoln Park, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 6530 Artesian, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 6530 Artesian, Detroit, Michigan | 10/21/1996 | 10/29/1996 | Land Contract | Gordon Long and Patricia Long, his wife of 7520 Toepfer, Warren, Michigan. | Abdullafie Alhussein of 4637 Palmer, Dearborn, Michigan. | $17,500.00 | |
| 6530 Artesian, Detroit, Michigan | 5/25/1997 | 8/20/1999 | Quit Claim Deed | Abdullafie Alhussein, a single male of P.O. Box 739, Dearborn Heights, Michigan | Sobhie Said Salem of 4957 Rosalie, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 6530 Artesian, Detroit, Michigan | 9/29/2003 | 10/0703 | Notice of Lis Pendens | | | | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 14801 Blackstone, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 14801 Blackstone, Detroit, Michigan | 12/3/1991 | 12/30/1991 | Warranty Deed | Helen Smaniotto, survivor of herself and her deceased husband, Reno Smaniotto | Musa Jebril and Subhieh Jebril, his wife. | $4,000.00 | |
| 14801 Blackstone, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa Jebril and Subhieh Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan. | $1.00 | Tax exempt transfer |
| 14801 Blackstone, Detroit, Michigan | 5/2/1995 | 5/10/1996 | State Treasurer Deed | State Treasurer Office | State of Michigan. | | Notice that the State Treasurer's Office quit claimed all interest in the property to the State of Michigan. |
| 14801 Blackstone, Detroit, Michigan | 5/7/1995 | 6/18/1998 | Proof of Notice/Hearing Affidavit | | | | Was notification to confirm and establish title in the property to the State of Michigan |
| 14801 Blackstone, Detroit, Michigan | 1/25/1995 | 9/21/1995 | Lis Pendens | | | | Notice of commencement of proceedings regarding the proposed demolition of the property due to its unsafe status. |
| 14801 Blackstone, Detroit, Michigan | 4/16/2001 | 4/16/2001 | Certificate of Forfeiture Of Real Property | Wayne County Treasurer's Office | | | Notice that on March 1, 2001, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayers of record were Timothy Cook and Dorothy Cook. |

## 14801 Blackstone, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 14801 Blackstone, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture Of Real Property | Wayne County Treasurers Office | | | Notice that on March 1, 2002, the real property was forfeited to the Wayne County Treasurer's Office for non payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The taxpayers of record were Timothy Cook and Karen Cook. |
| 14801 Blackstone, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the property was the subject of a criminal forfeiture count pursuant to 18 U.S.C. Section 982(a)(2)(A). |

## 6809 Plainview, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 6809 Plainview, Detroit, Michigan | 1/22/1997 | 3/6/1997 | Warranty Deed | Rose Witkowski - AKA R.J. Witkowski | Abdullalie Alhussein, a single male of P.O. Box 739, Dearborn Heights, Michigan. | $22,000.00 | |
| 6809 Plainview, Detroit, Michigan | 1/28/1997 | 2/11/1997 | Mortgage | Huntington Banks of Michigan | Abdullalie Al Hussein, a single male of P.O. Box 739, Dearborn Heights, Michigan. | $17,500.00 | Huntington Banks of Michigan granted a $17,500 loan to Abdullalie Al Hussein. |
| 6809 Plainview, Detroit, Michigan | 5/25/1997 | 8/20/1999 | Quit Claim Deed | Abdullalie Alhussein, a single male of P.O. Box 739, Dearborn Heights, Michigan. | Sobhie Said Salem of 4957 Rosalie, Dearborn, MI | $1.00 | Tax exempt transfer |
| 6809 Plainview, Detroit, Michigan | 3/12/1998 | 3/30/1998 | Notice of State Tax Lien | State of Michigan | | | Notice of state tax lien to secure payment of income tax payment owed by Abdullalie Alhussein of 4637 Palmer, Dearborn, Michigan. |
| 6809 Plainview, Detroit, Michigan | 10/31/2002 | 2/7/2003 | Lis Pendens | City Of Detroit | | | Notification of the commencement of proceedings regarding the proposed demolition of the property due to it unsafe condition. |
| 6809 Plainview, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the real property was the subject a criminal forfeiture count pursuant to 18 U.S.C. Section 982(a)(2)(A). |

## 4637 Palmer, Dearborn, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 4637 Palmer, Dearborn, MI | 11/25/1983 | 12/2/1983 | Warranty Deed | John C. Watts and Virginia M. Watts, his wife, of 7809 Brophy, Howell, Michigan | Musa A. Jebri and Subhieh Jebri, his wife of 4909 Rosalie, Dearborn, Michigan | $42,000.00 | |
| 4637 Palmer, Dearborn, MI | 11/21/1988 | 11/30/1988 | Mortgage | The Prudential Insurance Company of America, of 745 Broad Street, Newark, New Jersey. | Musa A. Jebri and Subhieh Jebri, his wife. | $40,000.00 | The Prudential Insurance Company of America granted a $40,000 loan to Musa A. Jebri and Subhieh Jebri, his wife. |
| 4637 Palmer, Dearborn, MI | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebri and Subhieh Jebri, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan. | Undisclosed | Tax exempt transfer |
| 4637 Palmer, Dearborn, MI | 7/9/1998 | 9/10/1998 | Quit Claim Deed | Equifunding, Inc of P.O. Box 980, East Lansing, Michigan | | | Equifunding, Inc of P.O. Box 980, East Lansing, Michigan, transferred its interest to Sobhie Said Salem of 4637 Palmer Avenue, Dearborn, Michigan as it relates to "interest" that was acquired by the grantor as a result of a tax deed for 1993 taxes. |
| 4637 Palmer, Dearborn, MI | 1/11/1989 | 5/16/1989 | Assignment of Mortgage | The Prudential Insurance Company of America, a New Jersey Corporation. | Prudential Home Mortgage Company Inc. | In exchange for value received | The Prudential Insurance Company of America, a New Jersey Corporation, in exchange for value received, transferred its interest in the mortgage with Musa A. Jebri and Subhieh Jebri, his wife, to the Prudential Home Mortgage Company Inc. |
| 4637 Palmer, Dearborn, MI | 1/11/1989 | 5/16/1989 | Assignment of Mortgage / Deed Trust | Prudential Home Mortgage Company Inc., a New Jersey Corporation | Federal Home Loan Mortgage Corporation of 333 West Wacker Drive, Suite 31009, Chicago, Illinois. | In exchange for value received | The Prudential Home Mortgage Company, Inc. a New Jersey Corporation, in exchange for value received, transferred its interest in the mortgage agreement that was executed by and between Musa A. Jebri and Subhieh Jebri, his wife, and the Prudential Insurance Company of America, to the Federal Home Loan Mortgage Corporation. |
| 4637 Palmer, Dearborn, MI | 5/16/1996 | 1/22/1997 | Assignment of Mortgage | Prudential Home Mortgage Company Inc. | | In exchange for value received | The Prudential Home Mortgage Company, Inc., transferred its interest in the original mortgage that was executed by and between Musa Jebril and Subhieh Jebril, his wife, and Prudential Insurance Company of America, to Norwest Mortgage, Inc. |
| 4637 Palmer, Dearborn, MI | 9/29/2003 | 10/7/2003 | Notice of Lis Pendens | | | | Notice that the real property was the subject of a criminal forfeiture count under 18 U.S.C. Section 982(a)(2)(A). |

## 6129 Faust, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 6129 Faust, Detroit, Michigan | 2/3/1997 | 3/13/1997 | Warranty Deed | Daniel P. Parsons, a single man of New Port Richey, Florida | Abdullatie Alhussein, a single male of 4637 Palmer, Dearborn, | $45,000.00 | |
| 6129 Faust, Detroit, Michigan | 2/3/1997 | 2/21/1997 | Mortgage | Equicredit Corporation of Michigan | Abdullatie Alhussein, a single man of 6129 Faust, Detroit, Michigan. | $40,500.00 | Equicredit Corporation of Michigan granted a $40,000 loan to Abdullatie Alhussein, a single male. |
| 6129 Faust, Detroit, Michigan | 4/28/1997 | 11/20/1997 | Assignment of Mortgage | Equicredit Corporation of Michigan | Equicredit Corporation of America | $10.00 | Equicredit Corporation of Michigan transferred its interest in the mortgage with Abdullatie Alhussein to Equicredit Corporation of America. |
| 6129 Faust, Detroit, Michigan | 4/28/1997 | 11/20/1997 | Assignment of Mortgage | Equicredit Corporation of America | | $10.00 | Equicredit Corporation of America transferred its interest in the mortgage that was executed by and between Equicredit Corporation of Michigan and Abdullatie Alhussein to First Bank National Association. |
| 6129 Faust, Detroit, Michigan | 5/25/1997 | 8/20/1999 | Quit Claim Deed | Abdullatie Alhussein, a single male of P.O. Box 739 Dearborn Heights, Michigan. | Sobhie Said Salem | $1.00 | Tax exempt transfer. |
| 6129 Faust, Detroit, Michigan | 3/12/1998 | 4/15/2002 | Notice of State Tax Lien | State Of Michigan | | $17,040.00 | Notice of State of Michigan tax lien addressed to Abdullatie Alhussein of 4637 Palmer, Dearborn, Michigan. This was to secure a payment of unpaid assessment totaling $17,040.00. |
| 6129 Faust, Detroit, Michigan | 4/15/2002 | 4/15/2002 | Certificate of Forfeiture of Real Property | Wayne County Treasurer | | | Notification that on 03/01/2002, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. Taxpayer name was S S Salem. |

## 6129 Faust, Detroit, Michigan

| | | | | |
|---|---|---|---|---|
| 6129 Faust, Detroit, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | Wayne County Treasurer | Notification that on 03/01/2003, the property was forfeited to the Wayne County Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. Taxpayer name was S S Salem. |
| 6129 Faust, Detroit, Michigan | 4/16/2003 | 4/16/2003 | Certificate of Redemption | | Notification that on 2/13/2003, the Wayne County Treasurer's Office received the sum of $1,077.50 as payment toward taxes that were owed by S S Salem. |
| 6129 Faust, Detroit, Michigan | 9/29/2003 | 10/7/2003 | Notice Of Lis Pendens | | Notice that the property was the subject of a criminal forfeiture count pursuant to 18 U.S.C. Section 982(a)(2)(A). |

## 14112 Auburn, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 14112 Auburn, Detroit, Michigan | 5/30/1991 | 6/7/1991 | Warranty Deed | Larry L. Chocron and Denise I. Chocron, his wife, of 5505 Stanhope, West Bloomfield, Michigan | Musa A. Jebril and Subhieh Jebril, his wife of 4637 Palmer, Dearborn, Michigan | $3,500.00 | |
| 14112 Auburn, Detroit, Michigan | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subhieh Jebril, his wife, of 4957 Rosalie Ave, Dearborn, Michigan | Sobhie Said Salem, a single woman of 4637 Palmer, Avenue, Dearborn, Michigan. | $1.00 | Tax exempt transfer. |
| 14112 Auburn, Detroit, Michigan | 10/23/1999 | 11/22/1999 | Proof of Notice / Hearing | | | | Notification to confirm and establish that the State of Michigan was title holder to the property. |
| 14112 Auburn, Detroit, Michigan | 4/3/2000 | 12/18/2000 | Quit Claim Public Use Deed | State of Michigan - Department of Natural Resources - Real Estate Division | | $5,520.00 | Property transferred to City of Detroit, a municipal corporation, for public purpose. |

## 11711 Elmdale, Detroit, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 11711 Elmdale, Detroit, MI | 9/1/1991 | 9/17/1991 | Warranty Deed | J.D. Goodlett, a married man, and Patricia Goodlett, his wife, of 15801 Providence Drive, Suite 110, Southfield, Michigan | Musa A. Jebril and Subtrich Jebril, his wife, of 4637 Palmer, Dearborn, Michigan | $6,000.00 | |
| 11711 Elmdale, Detroit, MI | 10/6/1992 | 10/7/1992 | Quit Claim Deed | Musa A. Jebril and Subtrich Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan. | $1.00 | Tax exempt transfer. |
| 11711 Elmdale, Detroit, MI | 5/1/1998 | 6/8/1998 | Proof of Notice / Hearing Affidavit | State Of Michigan | | | Notification to confirm and establish that the State of Michigan was title holder to the property. |
| 11711 Elmdale, Detroit, MI | 5/2/1995 | 5/10/1996 | State Treasurer Deed | Douglas B. Roberts, State Treasurer of Michigan. | | | Treasurer's office transfers title of the property to the State of Michigan. |
| 11711 Elmdale, Detroit, MI | 11/18/1997 | 1/29/1999 | Quit Claim Public Use Deed | State of Michigan | City of Detroit | $1,032.00 | State of Michigan transfers property to City of Detroit, a municipal corporation, for public purpose. |

## 10304 Dix, Including Vacant Lots at 10305 and 10306 Dix, Dearborn, Michigan

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 10304 Dix Including those vacant lots at 10305 and 10306 Dix, Dearborn, Michigan | 11/28/1988 | 11/29/1988 | Form of Land Contract | Harold Hazamy and Patricia Hazamy, his wife, of 10304 Dix, Dearborn, Michigan | Musa A. Jebril and Sughieh Jebril, his wife, of 4637 Palmer, Dearborn, Michigan. | $50,000.00 | |
| 10304 Dix Including those vacant lots at 10305 and 10306 Dix, Dearborn, Michigan | 10/6/1992 | 10/7/1992 | Assignment of Purchasers Interest in Land Contract | Musa A. Jebril and Subhieh Jebril, his wife | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan | Exchange for value received. | Musa A. Jebril and Subhieh Jebril, his wife, in exchange for value received, transferred their interest in a certain Land Contract that was executed by and between Harold Hazamy and Patricia Hazamy, his wife, and Musa Jebril and Subhieh Jebril, his wife, to Sobhie Said Salem, a single woman. |
| 10304 Dix Including those vacant lots at 10305 and 10306 Dix, Dearborn, Michigan | 4/15/2003 | 4/15/2003 | Certificate of Forfeiture of Real Property | | | | Notification that on 03/01/2003, the property was forfeited to the Wayne County, Michigan Treasurer's Office for non-payment of property taxes and that said property would remain titled in the name of the Wayne County Treasurer if not redeemed within 21 days after entry of a judgment of foreclosure pursuant to MCL 211.78k. The tax payer was Sobhie Salem. |

## 15351 Bentler, Detroit, MI

| Property Address | Document Date | Recording Date | Document Type | Seller | Buyer | Consideration | Additional Property Notes |
|---|---|---|---|---|---|---|---|
| 15351 Bentler, Detroit, Michigan | 8/12/1991 | 8/15/1991 | Land Contract | Linda M. Szurek of 21565 Waldron, Farmington Hills, Michigan | Musa A. Jebril and Subheih Jebril, husband and Wife | $5,000.00 | |
| 15351 Bentler, Detroit, Michigan | 1/12/1993 | 4/26/1993 | Warranty Deed | Linda M. Szurek of 21565 Waldron, Farmington Hills, Michigan | Musa A. Jebril and Subheih Jebril, husband and Wife | | Linda M. Szurek conveyed and warranted her interest in the property to Musa A. Jebril and Subheih Jebril, based upon their satisfactory fulfillment of the terms of the aforementioned land contract. |
| 15351 Bentler, Detroit, Michigan | 1/25/1993 | 4/26/1993 | Quit Claim Deed | Musa A. Jebril and Subheih Jebril, his wife, of 4957 Rosalie Avenue, Dearborn, Michigan. | Sobhie Said Salem, a single woman of 4637 Palmer Avenue, Dearborn, Michigan. | $1.00 | Tax exempt transfer. |
| 15351 Bentler, Detroit, Michigan | 2/18/1998 | 2/2/1999 | Lis Pendens | | | | Notification of the commencement of proceedings regarding the proposed demolition of the property. |
| 15351 Bentler, Detroit, Michigan | 5/5/1998 | 4/26/1999 | State Treasurer Deed | Mark A. Murray, State of Michigan Treasurer | State of Michigan | | Mark A. Murray, State of Michigan Treasurer, transferred all ownership interest in this property to the State of Michigan. |