```
$1.00 COPY 660                                           LIBER 31920    PAGE 518
$9.00 DEED                                               200215536  6/28/2000
$4.00 REMONUMENTATION                                    F.E. Youngblood, Wayne Co. Register of Deeds
Receipt #15032                                           RDJOHCEL
          RECORDED
FOREST E. YOUNGBLOOD, REGISTER OF DEEDS
       WAYNE COUNTY, MI
```

**QUIT CLAIM DEED - 863 (Rev. 3/97)**
This Form is Available from Target Information Management, Inc. (517) 337-1211

(State Bar of Michigan Form)

The Grantor(s)* **Jerry Ellen Stehlik AMW**
whose address is **442 Biltmore**
**Dearborn Heights, MI.   48127**

Refund and Adj.
A. O. #8577
Sale # 36014

quit-claim(s) to **SOBHIE SAID SALEM (ASM)**
**4637 PALMER AVENUE**
whose address is **DEARBORN, MI    48126**

the following described premises situated in the **City**
of **DETROIT**,   County of **Wayne**   and State of Michigan:

City of DETROIT, CAP 701, WARD 22, ITEM 80801.001
Assessors Plat Of Taubitz Farm L67 P90

LOT: N36.50'65 W GREENVIEW

THE MEANING AND INTENT OF THIS INSTRUMENT IS TO CONVEY ALL
RIGHTS, TITLE AND INTEREST AND ONLY SUCH RIGHTS, TITLE AND
INTEREST AS WAS ASSIGNED BY THE GRANTOR WITH THE PURCHASE
OF THE UNPAID 1995 TAX ON THE 1998 SALE, CERTIFICATE #36014

for the sum of "MSA 7.456 (5) (1)"

Dated this **18th** day of **APRIL**, 20 **00**

Signed in the Presence of:                Signed by:
*Harold Stehlik* (signature)              *Jerry E. Stehlik* (signature)
**Harold Stehlik**                        **Jerry Ellen Stehlik**

*Denise Hale Norris* (signature)
**Denise Hale Norris**

EXEMPT UNDER
MSA 7.456 (5) ( )
MCL 207.526 (6) ( N )

**STATE OF MICHIGAN,**  } SS.
COUNTY OF **Wayne**

The foregoing instrument was acknowledged before me this **18th** day of **APRIL**,
20 **00**, by **Jerry Ellen Stehlik**

*Denise Hale Norris* (signature)
**Denise Hale Norris**
Notary Public, **Wayne** County, Michigan
My commission expires: **4/24/00**

When Recorded Return To:  | Send Subsequent Tax Bills To: | Drafted By:
Grantee                   | Grantee                        | Jerry Ellen Stehlik
(Name) **S.S. Salam**     |                                | Business Address:
(Street Address) **P.O. Box 1109** |                       | 442 Biltmore
(City and State) **Taylor, MI 48180** |                    | Dbn Hts., MI 48127

Tax Parcel # _____  Recording Fee _____  Transfer Tax _____

* Insert the marital status of each male grantor.
** TYPE OR PRINT NAMES UNDER SIGNATURES (no discrepancy can exist between printed names as they appear in the body, signature, or acknowledgement.)

Description: Wayne,MI Document-Book.Page 31920.518 Page: 1 of 1
Order: CLI36363 Comment:

Lawyers Title Insurance Corporation 92216886

Form 542 4-76
QUIT CLAIM DEED—Statutory Form

KNOW ALL MEN BY THESE PRESENTS: That MUSA A. JEBRIL and SUBHIEH JEBRIL, his wife

whose address is 4957 Rosalie Avenue, Dearborn, Michigan

L26056 666

Quit Claim(s) to SOBHIE SAID SALEM, a single woman

whose address is 4637 Palmer Avenue, Dearborn, MI 48126

the following described premises situated in the City of Detroit
County of Wayne and State of Michigan, to-wit:

92 216886

North 36.5 feet of Lot 65 "ASSESSOR'S PLAT OF TAUBITZ FARM SUBDIVISION" as recorded in Liber 67, Page 90 of Plats, Wayne County Records.

Commonly known as: 5745 Greenview
Ward 22 - Item No. 80801-001

Exempt: Sec 207.505a, P.A. 327 of 1968

for the full consideration of One ($1.00) Dollar

Dated this 6th day of October 19 92

Witnesses:

Kenneth W. Lieber

Linda J. McLaughlin

Signed and Sealed:

Musa A. Jebril (L.S.)

Subhieh Jebril (L.S.)

_____ (L.S.)

_____ (L.S.)

STATE OF MICHIGAN
COUNTY OF Wayne } ss.

The foregoing instrument was acknowledged before me this 6th day of October 19 92
by Musa A. Jebril and Subhieh Jebril, his wife

My commission expires 9/13/93

Kenneth W. Lieber
Notary Public, Wayne County, Michigan

Instrument Drafted by Kenneth W. Lieber, Atty-at-Law
Business Address 18708 Ecorse Rd., Allen Park, MI 48101

92 OCT -7 PM 1:10
FOREST E. YOUNGBLOOD
REGISTER OF DEEDS
WAYNE COUNTY, MI

Recording Fee _____
State Transfer Tax None

When recorded return to Grantee

Send subsequent tax bills to _____

Tax Parcel # _____

NO REVENUE ATTACHED

Description: Wayne,MI Document-Book.Page 26056.666 Page: 1 of 1
Order: CLI36363 Comment:

```
$12.00 DEED
Receipt #183709
        RECORDED
BERNARD J. YOUNGBLOOD, REGISTER OF DEED
WAYNE COUNTY, MI

$4.00 REMONUMENTATION

$2.00 COPY 660
```

Li-38045    Pa-84
2003212471  3/28/2003
Bernard J. Youngblood
Wayne Co. Register of Deeds

LF298-04
R298-04

# QUITCLAIM DEED

THIS QUITCLAIM DEED, executed this  21st  day of January ,2003 ,
by first party, Grantor, SOBHIE SAID SALEM, a single woman
whose post office address is  4957 Rosalie Dearborn MI 48126
to second party, Grantee, TRINA VENSON, a single woman
whose post office address is  13961 Roselawn Detroit MI 48238

WITNESSETH, That the said first party, for good consideration and for the sum of ONE Dollars ($ 1.00 ) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of  Wayne ,  State of  MICHIGAN  to wit:

North 36.5 Feet of lot 65 "ASSESSOR'S Plat of Taubitz Farm Subdivision" as recorded in Liber 67, Page 90 of Plats, Wayne County Records.

Commonly Known as: 5745 Greenview
Ward 22-Item No. 80801-001

EXEMPT UNDER
MSA 7.456 (5) ( a )
MCL 207.526 (6) ( a )

NO REVENUE ATTACHED

Page 1                                                         Rev. 10/02
© 1992-2001 Made E-Z Products, Inc. This product is intended for informational use only and is not a substitute for legal advice or services. This product does not constitute the rendering of legal advice or services. This product was not necessarily prepared by a person licensed to practice law in your state. advice. State laws vary, so consult an attorney on all legal matters.

Description: Wayne,MI Document-Book.Page 38045.84 Page: 1 of 2
Order: CLI36363 Comment:

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

_Mike Ford_ (Signature of Witness)
_Mike Ford_ (Print name of Witness)
_Lisa Johnson_ (Signature of Witness)
_LISA JOHNSON_ (Print name of Witness)

_Sobhie Said Salem_ (Signature of First Party)
_Sobhie Said Salem_ (Print name of First Party)
_____ (Signature of First Party)
_____ (Print name of First Party)

State of MICHIGAN
County of WAYNE
On JANUARY 21, 2003 before me, KIMBERLY BROOKS
appeared SOBHIE SAID SALEM
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_Kimberly Brooks_
Signature of Notary

Affiant ___ Known ✓ Produced ID
Type of ID STATE ID (MI)
(Seal)

**KIMBERLY BROOKS**
Notary Public - Michigan
Wayne County
My Commission Expires Jan 16, 2006

State of MICHIGAN
County of WAYNE
On JANUARY 21, 2003 before me, KIMBERLY BROOKS
appeared SOBHIE SAID SALEM
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_Kimberly Brooks_
Signature of Notary

Affiant ___ Known ✓ Produced ID
Type of ID STATE ID MI
(Seal)

RETURN TO:

**KIMBERLY BROOKS**
Notary Public - Michigan
Wayne County
My Commission Expires Jan 16, 2006

_Sobhie Said Salem_
Signature of Preparer
_Sobhie Said Salem_
Print Name of Preparer
_5745 Corcoran_
Address of Preparer
_Det, MI 48238_

Page 2

Description: Wayne,MI Document-Book.Page 38045.84 Page: 2 of 2
Order: CLI36363 Comment: