92 216896

## QUIT CLAIM DEED

Know all men by these presents: That MUSA A. JEBRIL and SUBHIEH JEBRIL, his wife

whose address is 4957 Rosalie Avenue, Dearborn, Michigan

L 26056 PA 676

Quit Claims to SOBHIE SAID SALEM, a single women

whose address is 4637 Palmer Avenue, Dearborn, Michigan

the following described premises situated in the City of Dearborn, County of Wayne and State of Michigan, to wit:

Lot #301, CLOVERDALE PARK SUBDIVISION, of part of fractional Section 13, Town 2 South, Range 10 East, and parts of P.C. 52 and 312, North of Michigan Ave., according to the plat thereof recorded in Liber 34, Page 87 of Plats, Wayne County Records.

PARCELS #3 and #4, of PLAT OF SURVEY of part of the S.E. 1/4 of N.E. 1/4 of Fractional Section 13, T 2 S, R 10 E, City of Dearborn, Wayne County, Michigan. More particularly described a warranty deed recorded in Liber 7195, Pages 499-502 inc., Wayne County records. Land in the City of Dearborn, County of Wayne, State of Michigan, described as:

PARCEL 3:
Part of the Southeast 1/4 of the Northeast 1/4 of Fractional Section 13, Town 2 South, Range 10 East, being more particularly described as beginning at a point on the Westerly line of Cloverdale Park Subdivision, North 2 degrees 8 minutes 40 seconds West 315.0 feet from the intersection of the Westerly line of Cloverdale Park Subdivision with the North line of Gildow Avenue as opened 50.0 feet wide and running thence South 87 degrees 51 minutes 20 seconds West parallel with the North line of Gildow Avenue 108.54 feet; thence North 2 degrees 17 minutes 36 seconds West along an old fence, 35.0 feet; thence North 87 degrees 51 minutes 20 seconds East and parallel with the North line of Gildow Avenue 108.63 feet; thence South 2 degrees 8 minutes 40 seconds East along the West line of Cloverdale Park Subdivision 35.0 feet to the place of beginning, excepting East 10 feet deeded for alley.

PARCEL 4:
Part of the Southeast 1/4 of the Northeast 1/4 of Fractional Section 13, Town 2 South, Range 10 East, being more particularly described as beginning at a point on the Westerly line of Cloverdale Park Subdivision North 2 degrees 8 minutes 40 seconds West, 280.0 feet from the intersection of the Westerly line of Cloverdale Park Subdivision with the North line of Gildow Avenue as opened 50.0 feet wide and running thence South 87 degrees 51 minutes 20 seconds West, parallel with the North line of Gildow Avenue, 108.45 feet; thence North 2 degrees 17 minutes 36 seconds West along an old fence 35.0 feet; thence North 87 degrees 51 minutes 20 seconds East parallel with the North line of Gildow Avenue, 108.54 feet; thence South 2 degrees 8 minutes 40 seconds East, along the West line of Cloverdale Subdivision, 35.0 feet to the place of beginning, excepting East 10 feet deeded for alley purpose.

Exempt: Sec 207.505a, P.A. 327 of 1968

for the full consideration of One ($1.00) Dollar

Dated this  6th  Day of October, 1992

Witnesses:                                        Signed and Sealed:

_Kenneth W. Lieber_                               _Musa A. Jebril_
Kenneth W. Lieber                                 Musa A. Jebril

_Linda J. McLaughlin_                             _Subhieh Jebril_
Linda J. McLaughlin                               Subhien Jebril

STATE OF MICHIGAN) SS
COUNTY OF WAYNE )

The foregoing instrument was acknowledged before me this 6th day of October, 1992 by Musa A. Jebril and Subhieh Jebril, his wife

_Kenneth Lieber_
Kenneth W. Lieber, Notary Public,
Wayne County, Michigan
My commission expires: 9/13/93

Drafted by: Kenneth W. Lieber, Atty-at-Law, 18708 Ecorse Rd., Allen Park, MI 48101

Return to: Grantee

NO REVENUE ATTACHED

92 OCT -7 PM 1:10
FOREST E. YOUNGBLOOD
REGISTER OF DEEDS
WAYNE COUNTY, MI

Lawyers Title Insurance Corporation

QUIT CLAIM DEED—Statutory Form
C.L. 1948, 565.152    M.S.A. 26.572

AUG 20 1998

Liber-29951 Page-889.0

KNOW ALL MEN BY THESE PRESENTS: That SOBHIE SAID SALEM, a single woman

whose address is   4637 Palmer Avenue, Dearborn, MI 48126

Quit Claim(s) to   ZEINA JEBRIL

whose address is   4957 Rosalie Avenue, Dearborn, Michigan 48126

the following described premises situated in the   City   of   Dearborn

County of   Wayne   and State of Michigan, to-wit:

Lot 301 of "CLOVERDALE PARK SUBDIVISION" as recorded in Liber 34, Page 87 of Plats, Wayne County Records.

Exempt: Sec. 207.505a, P.A. 327 of 1968.

$1.00 COPY 660
$4.00 REMONUMENTATION
$7.00 DEED
RECORDED
FOREST E. YOUNGBLOOD, REGISTER OF DEEDS
WAYNE COUNTY, MI
Receipt #82944

9834464715

9/10/1998 09:25AM

for the full consideration of   One ($1.00) Dollar

Dated this   29th   day of   January   19 93

Witnesses:

_____          Signed and Sealed:
Kenneth W. Lieber                 Sobhie Said Salem (L.S.)

_____          _____ (L.S.)
Linda J. McLaughlin
                                 _____ (L.S.)

STATE OF MICHIGAN
COUNTY OF Wayne                  _____ (L.S.)

The foregoing instrument was acknowledged before me this   29th   day of   January   19 93

by Sobhie Said Salem, a single woman

My commission expires   9/13/93          Kenneth W. Lieber
                                          Notary Public   Wayne   County, Michigan

Instrument Drafted by √ Kenneth W. Lieber, Atty-at-Law    Business Address 18708 Ecorse Rd., Allen Park, MI 48101

Recording Fee _____

State Transfer Tax   None

When recorded return to   4957 Rosalie Dearborn, MI 48126

Send subsequent tax bills to   Zeina Jebril

Tax Parcel # _____

NO REVENUE ATTACHED      R@cD 7 4L1P6 E(R) SBA