| Lawyers Title Insurance Corporation | 92 216889 | Form 562 4-76<br>QUIT CLAIM DEED—Statutory Form<br>C.L. 1948, 565.152  M.S.A. 26.572 |
|---|---|---|

KNOW ALL MEN BY THESE PRESENTS: That MUSA A. JEBRIL and SOUBHIEH JEBRIL, his wife

whose address is 4957 Rosalie Ave., Dearborn, Michigan

L26056 P669

Quit Claim(s) to SOBHIE SAID SALEM, a single woman

whose address is 4637 Palmer Avenue, Dearborn, Michigan 48126

the following described premises situated in the City of Dearborn
County of Wayne and State of Michigan, to-wit:

92 216889

Lot 308 of "CLOVERDALE PARK SUBDIVISION" as recorded in Liber 34, Page 87 of Plats, Wayne County Records.

Exempt Sec. 207.505a, P.A. 327 of 1968.

92 OCT -7 PM 1:10
FOREST E. YOUNGBLOOD
REGISTER OF DEEDS
WAYNE COUNTY, MI

for the full consideration of  One ($1.00) Dollars

Dated this 6th day of October 19 92

Witnesses:

_Kenneth W. Lieber_

_Linda J. McLaughlin_

Signed and Sealed:

_Musa A. Jebril_ (L.S.)

_Soubhieh Jebril_ (L.S.)

_____ (L.S.)

_____ (L.S.)

STATE OF MICHIGAN
COUNTY OF Wayne } ss.

The foregoing instrument was acknowledged before me this 6th day of October 19 92

by Musa A. Jebril and Soubhieh Jebril, his wife

My commission expires 9/13/92

_Kenneth W. Lieber_
Notary Public, Wayne County, Michigan

Instrument Drafted by Kenneth W. Lieber, Atty-at-Law
Business Address 18708 Ecorse Rd., Allen Park, MI 48101

Recording Fee _____
State Transfer Tax None

When recorded return to Grantee _____

Send subsequent tax bills
to _____

Tax Parcel # _____

NO REVENUE ATTACHED