Lawyers Title Insurance Corporation

APR 2 6 1998

QUIT CLAIM DEED—Statutory Form
C.L. 1948, 565.152    M.S.A. 26.572

Liber-29951 Page-888

KNOW ALL MEN BY THESE PRESENTS: That SOBHIE SAID SALEM, a single woman

whose address is 4637 Palmer Avenue, Dearborn, Michigan

Quit Claim(s) to MALAKY JEBRIL

whose address is 4909 Rosalie Avenue, Dearborn, Michigan 48126

the following described premises situated in the City of Dearborn County of Wayne and State of Michigan, to-wit:

Lot 308 of "CLOVERDALE PARK SUBDIVISION" as recorded in Liber 34, Page 87 of Plats, Wayne County Records.

Exempt from Michigan transfer tax under Sec 207.505a, P.A. 327 of 1968

$1.00 COPY 660
$4.00 REMONUMENTATION
$7.00 DEED
RECORDED
FOREST E. YOUNGBLOOD, REGISTER OF DEEDS
WAYNE COUNTY, MI
Receipt #53564

98344646LS 9/10/1998 09:25AM

for the full consideration of One ($1.00) Dollar

Dated this 29th day of January 19 93

Witnesses:

Kenneth W. Lieber

Linda J. McLaughlin

Signed and Sealed:

_____ (L.S.)
Sobhie Said Salem,

_____ (L.S.)

_____ (L.S.)

STATE OF MICHIGAN
COUNTY OF Wayne } ss.

_____ (L.S.)

The foregoing instrument was acknowledged before me this 29th day of January 19 93

by Sobhie Said Salem, a single woman

My commission expires 9/13/93

Kenneth W. Lieber
Notary Public, Wayne County, Michigan

Instrument Drafted by Kenneth W. Lieber, Atty-at-Law

Business Address 18708 Ecorse Rd., Allen Park, MI 48101

Recording Fee _____
State Transfer Tax None

When recorded return to 4959 Rosalie Dearborn MI 48126

Send subsequent tax bills to _____

NO REVENUE ATTACHED      R QCD 74N/PG 5(9) BA