92 216895

L 26056 : 675

## PURCHASER'S ASSIGNMENT OF LAND CONTRACT

For a valuable consideration, receipt of which is acknowledged, the undersigned Assignors hereby assign to SOBHIE SAID SALEM, the Assignee, whose address is 4637 Palmer Avenue, Dearborn, Michigan 48 a certain Land Contract dated August 29, 1988 executed between DANIEL BUFFA, a single man, and LAWRENCE BUFFA, a single man, as Sellers, and BARRINGTON POWELL, a single man, as Purchasers; which Purchaser's interest was assigned by said Barrington Powell, on March 29, 1991 to MUSA A. JEBRIL, as Purchaser, for the sale of Land situated in the City of Detroit, Wayne County, Michigan, described as:

Lot One (1) of "RICHARD CAMPAU SUBDIVISION" as recorded in Liber 51, Page 65 of Plats, Wayne County Records.

Commonly known as: 12000 Sanford Avenue.

and conveys and warrants to said Assignee the land above described subject to any easements and restrictions upon the use of the same and a balance owing upon said contract of

with interest from                                   , 1992, which said Assignee assumes and agrees to pay.

Dated: October 6, 1992

Witnesses:

_____
Kenneth W. Lieber

_____
Linda J. McLaughlin

Signed and sealed:

_____
Musa A. Jebril

_____
Subhieh Jebril

STATE OF MICHIGAN )
COUNTY OF WAYNE   )

On this sixth day of October, 1992 before me personally appeared MUSA A. JEBRIL and SUBHIEH JEBRIL, his wife, to me known to be the same person described in and who executed the foregoing instrument and acknowledged that they executed the same as their free act and deed.

_____
Kenneth W. Lieber, Notary Public
Wayne County, Michigan
My Commission expires: 9/13/93

Return to: Grantee (Assignee)

Drafted by:   Kenneth W. Lieber
              18708 Ecorse Rd.
              Allen Park, MI 48101