UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and			Case No. 05-70840
MUSA ABDALLAH JEBRIL,				*Related to Criminal Case No. 03-80810*
_____/.			Honorable Gerald E. Rosen

SUBHIEH JEBRIL,

     Petitioner,

vs.

UNITED STATES OF AMERICA,

     Respondent.
_____/.

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS 5745 GREENVIEW AND 12000 SANFORD FROM FORFEITURE

     The Government, having filed a motion to dismiss the real property known as 5745 Greenview and 12000 Sanford from the forfeiture proceedings (docket #23);

     The Court, having fully considered all relevant pleadings and issues, hereby

     GRANTS the motion to dismiss the real property known as 5745 Greenview and 12000 Sanford from the forfeiture proceedings.

     SO ORDERED.

                           s/Gerald E. Rosen
                           Gerald E. Rosen
                           United States District Judge

Dated:  February 28, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2008, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager