UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and			No. 05-X-70840-DT
MUSA ABADALLAH JEBRIL,			*Related to Crim. No. 03-80810*
_____/		Hon. Gerald E. Rosen

SUBHIEH JEBRIL,

    Petitioner,

vs.

UNITED STATES,

    Respondent.
_____/

OPINION AND ORDER DENYING PETITIONER'S MOTION
FOR RECONSIDERATION AND/OR MODIFICATION
OF THE COURT'S MAY, 6, 2008 ORDER DENYING
<u>PETITIONER'S MOTION FOR SUMMARY JUDGMENT</u>

  At a session of said Court, held in
  the U.S. Courthouse, Detroit, Michigan
  on   June 19, 2008

  PRESENT: Honorable Gerald E. Rosen
       United States District Judge

  On May 6, 2008, the Court entered an Opinion and Order denying Petitioner Subhieh Jebril's Motion for Summary Judgment in which Mrs. Jebril sought a conclusive adjudication in her favor on her claim of interest in three of the forfeited real properties. Petitioner now asks the Court to reconsider its May 6 ruling.

  The requirements for the granting of motions for reconsideration are set forth in Eastern District of Michigan Local Rule 7.1(g), which provides in relevant part:

> Generally, and without restricting the court's discretion, <u>the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication.</u> The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

L.R. 7.1(g)(3).

The Court has reviewed Petitioner's Motion for Reconsideration and finds that Petitioner has merely presented issues already ruled upon by the Court in its May 6, 2008 Order either expressly or by reasonable implication, and she has not demonstrated a palpable defect by which the Court has been misled or that a different disposition of the case must result from a correction thereof. All that Petitioner has done is essentially restate the arguments made in her previous filings which the Court has already considered and rejected.

For these reasons,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration or Modification **[Dkt. # 26]** is DENIED.

                                                  s/Gerald E. Rosen
                                                  Gerald E. Rosen
                                                  United States District Judge

Dated: June 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2008, by electronic and/or ordinary mail.

                                                  s/LaShawn R. Saulsberry
                                                  Case Manager