# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUBHIEH JEBRIL,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

CASE NUMBER: 05-70840

HONORABLE GERALD E. ROSEN

## NOTICE OF:
## STATUS CONFERNECE

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 730 |
|---|---|---|
| **MONDAY, JULY 14, 2008** | 10:00 A.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2008, by electronic and/or ordinary mail.

                              s/LaShawn R. Saulsberry
                              Case Manager
                              313-234-5137