# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUBHIEH JEBRIL,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

CASE NUMBER: 05-70840

HONORABLE GERALD E. ROSEN

## NOTICE OF:
## CIVIL TRIAL

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 733 |
|---|---|---|
| **TUESDAY, NOVEMBER 18, 2008** | 9:00 A.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2008, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager
        313-234-5137