UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and			Case No. 05-70840
MUSA ABDALLAH JEBRIL,				*Related to Criminal Case No. 03-80810*
_____/.		Honorable Gerald E. Rosen

SUBHIEH JEBRIL, et al.

      Petitioner(s),
vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/.

## STIPULATION TO ADJOURN TRIAL DATE

Respondent, the United States of America, and Petitioners, by and through their undersigned attorney, hereby stipulate to an adjournment of the trial date currently set for November 18, 2008 and further stipulate to extend the date to January 13, 2009 at a time determined by the Court. This extension shall allow the United States and Petitioners additional time to discuss possible settlement.

Approved as to substance and to form:

TERRENCE BERG
Acting United States Attorney


| | |
|---|---|
| s/Julie A. Beck | s/with consent Jorin G. Rubin |
| Assistant United States Attorney | 26711 Northwestern Highway, Suite 200 |
| Assistant U.S. Attorney | Southfield, Michigan 48034 |
| 211 W. Fort Street, Ste. 2001 | (248)-799-9100 |
| Detroit, Michigan  48226-3211 | Email:jorinrubin@comcast.net |
| (313) 226-9717 | P-60867 |
| Email: Julie.Beck@usdoj.gov | |
| P-53291 | |
| Dated: 10/30/2008 | Dated: 10/30/2008 |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and              Case No. 05-70840
MUSA ABDALLAH JEBRIL,                     *Related to Criminal Case No. 03-80810*
_____/.         Honorable Gerald E. Rosen

SUBHIEH JEBRIL, et al.

    Petitioner(s),

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/.

## ORDER ADJOURNING TRIAL DATE TO JANUARY 13, 2009

Upon the Stipulation to Adjourn the Trial Date, and the Court being otherwise fully advised in the premises; now, therefore;

IT IS HEREBY ORDERED that the current trial date shall be adjourned from November 18, 2008 to January 13, 2009 at 9:00 a.m.

IT IS SO ORDERED.

                                                  s/Gerald E. Rosen
                                                  United States District Judge

Dated: November 7, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2008, by electronic and/or ordinary mail.

                                            s/LaShawn R. Saulsberry
                                            Case Manager