UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and            Case No. 05-70840
MUSA ABDALLAH JEBRIL,                   *Related to Criminal Case No. 03-80810*
_____/.         Honorable Gerald E. Rosen

SUBHIEH JEBRIL, et al.

      Petitioner(s),
vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/.

## STIPULATION TO ADJOURN TRIAL DATE

Respondent, the United States of America, and Petitioners, by and through their undersigned attorney, hereby stipulate to an adjournment of the trial date currently set for January 13, 2009, and further stipulate to extend the date to March 10, 2009 at 9:00 a.m.  This extension shall allow the United States and Petitioners additional time to discuss possible settlement.

Approved as to substance and to form:

TERRENCE BERG
Acting United States Attorney


s/Julie A. Beck                          s/with consent of Jorin G. Rubin
Assistant United States Attorney         26711 Northwestern Highway, Suite 200
Assistant U.S. Attorney                  Southfield, Michigan 48034
211 W. Fort Street, Ste. 2001            (248)-799-9100
Detroit, Michigan  48226-3211            Email:jorinrubin@comcast.net
(313) 226-9717                           P-60867
Email: Julie.Beck@usdoj.gov
P-53291
Dated: January 12, 2009                  Dated: January 12, 2009

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AHMAD MUSA JEBRIL and                    Case No. 05-70840
MUSA ABDALLAH JEBRIL,                           *Related to Criminal Case No. 03-80810*
_____/.               Honorable Gerald E. Rosen

SUBHIEH JEBRIL, et al.

      Petitioner(s),

vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/.

### ORDER ADJOURNING TRIAL DATE TO MARCH 13, 2009

      Upon the Stipulation to Adjourn the Trial Date, and the Court being otherwise fully advised

in the premises; now, therefore;

      IT IS HEREBY ORDERED that the current trial date shall be adjourned from January 13,

2009 to March 10, 2009 at 9:00 a.m.

      IT IS SO ORDERED.

                s/Gerald E. Rosen_____
                Chief Judge, United States District Court

Dated:  January 14, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 14, 2009, by electronic and/or ordinary mail.

                s/LaShawn R. Saulsberry_____
                Case Manager